NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3109

THOMAS S. FITZGERALD,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board
in PH0752080268-I-1.

ON MOTION

ORDER

Upon consideration of Thomas S. Fitzgerald's unopposed motion for an extension of time, until June 29, 2009, to file his brief,

IT IS ORDERED THAT:

The motion is granted.  Further extensions should not be anticipated.

FOR THE COURT

MAY 2 0 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Myrrel C. Hendricks, Jr., Esq.
      Robert E. Chandler, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 0 2009

JAN HORBALY
CLERK